UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

| | |
|---|---|
| In re: | ) Case No.: 07-10411 |
| TODD B. WEAVER and | ) Chapter 13 |
| TAMMY L. WEAVER, | ) |
| Debtor. | |

**<u>EX-PARTE APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL</u>**

NOW COME Todd and Tammy Weaver ("Debtors"), by and through Michelle Kainen, pursuant to 11 U.S.C. § 327(a) and Federal Bankruptcy Rule 2014(a), and request that this Court approve their employment of Kainen Law Office, PC, P.O. Box 919, White River Jct., VT 05001 as special counsel to the Debtors, in support of this Application, the Debtors state as follows:

1. On July 2, 2007 the Debtors filed a voluntary petition under Title 11, Chapter 13 of the United States Code in the Bankruptcy Court for the District of Vermont.

2. Throughout the Chapter 13 case the Debtors have had difficulty with their mortgage servicer. They have been unable to achieve resolution short of litigation.

3. The Debtors' bankruptcy counsel was too busy to take on the litigation in this matter and referred this matter to the undersigned.

4. The undersigned has handled many mortgage servicing issues and is familiar with the servicing of securitized mortgages.

5. The undersigned's involvement in this case is limited to litigation of mortgage servicing issues and related negotiations.

4. To the best of the Debtor's knowledge, Kainen Law Office, PC has no connection with the creditors, the Debtor, the Office of the United States Trustee or any other parties in interest or their respective attorneys or other professionals.

5. The Debtor believes the employment of Kainen Law Office, PC is in the best interest of the estate.

6. Kainen Law Office, PC agrees to represent the Debtor on an hourly rate basis, plus reimbursement of expenses. No retainer has been received. Applicant charges $170.00 per hour for non-emergency work. All fees and expenses are subject to the Court's approval after an appropriate application at the completion of services that the fees and expenses are reasonable, actual, necessary, not improvident and of benefit to the estate.

7. This application has been forwarded to the Office of the US Trustee.

Wherefore it is prayed that the court approve the employment of Kainen Law Office, PC under the terms specified above.

Dated this 12th day of August, 2010

TODD AND TAMMY WEAVER

By: /s/ Michelle Kainen
Michelle Kainen
Kainen Law Office
P.O. Box 919
White River Jct., VT 05001
(802) 296-2100