UNITED STATES BANKRUPTCY COURT

DISTRICT OF VERMONT

In re:

TODD B. WEAVER and

TAMMY L. WEAVER,

    Debtors.

Case No.: 07-10411

Chapter 13

## MOTION TO WITHDRAW

Now comes Michelle Kainen, special counsel to Todd and Tammy Weaver, and prays that the court permit her to withdraw, and in support states as follows:

1. Counsel has requested that the debtors complete a task which counsel deemed essential to the effective resolution of their case.
2. The debtors stated that they would not cooperate until their demands had been met.
3. Counsel informed the debtors that she would withdraw if they were not going to cooperate.
4. On February 4, 2011 the debtors stated that they were assessing their options.
5. Counsel gave the debtors until the close of business on Monday, February 7, 2011 to decide whether or not they were going to cooperate with counsel.
6. As of this date counsel has had no further communication from the debtors. It is apparent that they have decided not to cooperate with counsel.

Wherefore, it is prayed that the court permit counsel to withdraw, and grant such further relief as is just.

Dated this 10th day of February, 2011

By: /s/ Michelle Kainen
    Michelle Kainen
    Kainen Law Office, PC
    P.O. Box 919
    White River Jct., VT 05001
    (802) 296-2100